# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Steven C. Yarbrough

Arraignment/Detention Hearing

| | | | |
|---|---|---|---|
| Case Number: | Cr 20-1565 KWR | UNITED STATES vs. FAUSTINE | |
| Hearing Date: | 8/31/2020 | Time In and Out: | 9:38 am – 9:43 am |
| Courtroom Deputy: | K. Dapson | Digital Recording: | Hondo |
| Defendant: | Anthony Faustine | Defendant's Counsel: | Aric Elsenheimer |
| AUSA: | Nicholas Marshall | Pretrial/Probation: | S. Day |
| Interpreter: | | | |

## Proceedings

- ☐ First Appearance by Defendant
- ☐ Defendant waived appearance at Arraignment
- ☒ Defendant received a copy of charging document
- ☒ Defendant questioned re: time to consult with attorney regarding penalties
- ☒ Defendant waives reading of Indictment
- ☒ Defendant enters a Not Guilty plea
- ☒ Motions due by: Monday, September 21, 2020
- ☒ Parties agree Standing Discovery Order to be electronically entered ☐ Discovery Order previously entered ☐ Discovery Order not entered; parties to confer pursuant to Rule 16.1(a) within 14 days
- ☒ Case assigned to: Judge Riggs
- ☒ Trial will be scheduled by presiding judge ☐ Trial currently set
- ☒ Defendant waives Detention Hearing

## Custody Status

- ☒ Defendant remanded to custody of United States Marshal's Service
- ☐ Conditions

## Other

- ☒ Defendant waives personal presence at hearing/Court accepts Defendant's waiver