IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                      CR No.   1:20-1365 DHU

ANTHONY FAUSTINE,

        Defendant.

## ORDER FOR RESTITUTION

**THIS MATTER** came before the Court following sentencing. The Court having been informed that the parties have reached a stipulated agreement as to restitution, and the Court having found that good cause exists to order restitution consistent with the parties' agreement, orders restitution as follows:

**IT IS HEREBY ORDERED** that Mr. Faustine shall pay restitution as follows: Mr. Faustine shall pay restitution in the amount of $2,000 to D.C., the mother of the victim T.C. Of this amount, $500 shall be attributable to the unreimbursed funeral expenses and $1500 shall be attributable to the loss of D.C.'s automobile.

                                                                    UNITED STATES DISTRICT JUDGE

Submitted by:
Aric G. Elsenheimer, AFPD

Approved by:
Nicholas Marshall, AUSA